Eastern District of Kentucky
**F I L E D**

MAY 1 6 2012

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES FEDERAL COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CIVIL ACTION NO.: 5:12-CV-00111-KKC

*ELECTRONICALLY FILED*

JUDITH TOOMEY, INDIVIDUALLY AND JUDITH TOOMEY,
AS ADMINISTRATRIX OF THE ESTATE OF
RONALD T. TOOMEY                                                          PLAINTIFF

v.                                           **ORDER**

UNITED STATES OF AMERICA;
MEADOWVIEW REGIONAL MEDICAL CENTER, LLC
D/B/A MEADOWVIEW REGIONAL MEDICAL CENTER, LLC;
LIFEPOINT HOSPITALS, INC.;
JAMES A YOUNG, MARSHALL EMERGENCY SERVICES
ASSOCIATES, P.S.C.; RICHARD HARTMAN, M.D.;
MAYSVILLE RADIOLOGY ASSOCIATES, P.S.C.
LP AUGUSTA, LLC D/B/A BRACKEN COUNTY
NURSING & REHABILITATION CENTER;
FRAN STAHL, IN HER CAPACITY AS ADMINISTRATOR OF
BRACKEN COUNTY NURSING & REHABILITATION CENTER;
SHELLY APPLEGATE, R.N., IN HER CAPACITY
AS DIRECTOR OF NURSING OF BRACKEN COUNTY
NURSING & REHABILITATION CENTER,
UNIVERSITY OF KENTUCKY MEDICAL CENTER;
UNIVERSITY HOSPITAL OF THE
ALBERT B. CHANDLER MEDICAL CENTER, INC.;
STEPHANIE MURPHY, M.D.; AND
GAYLE (LAST NAME UNKNOWN), R.N.                                          DEFENDANTS

\* \* \* \* \* \* \*

The parties having agreed and the Court having review the record and being otherwise duly

and sufficiently advised, **IT IS HEREBY ORDERED** that any and all claims of Plaintiff Judith

Toomey, Individually and as Administratrix of the Estate of Ronald Toomey, against LifePoint

Hospitals, Inc. are hereby **DISMISSED WITHOUT PREJUDICE.**

KAREN K. CALDWELL
UNITED STATES DISTRICT COURT

HAVE SEEN AND AGREED; TO BE ENTERED:

*/s/ Stephen M. O'Brien, III (with permission)*
Hon. Stephen M. O'Brien, III
*Counsel for Plaintiff*

*/s/ Eleanor M. B. Davis*
Hon. Eleanor M. B. Davis
*Counsel for LifePoint Hospitals, Inc.*

2